ORIGINAL

LODGED

1  JOHN C. RAWLS (Bar No. 106567)
   CASANDRA C. FUREY (Bar No. 204415)
2  VALYNCIA SIMMONS (Bar No. 231099)
   **FULBRIGHT & JAWORSKI L.L.P.**
3  555 South Flower Street
   Forty-First Floor
4  Los Angeles, California 90071
   Telephone: (213) 892-9200
5  Facsimile: (213) 892-9494
   E-Mail:    jrawls@fulbright.com
6  E-Mail:    cfurey@fulbright.com
   E-Mail:    vsimmons@fulbright.com
7
   Attorneys for Defendant
8  FIFTH AVENUE OF LONG ISLAND
   REALTY ASSOCIATES, d/b/a
9  AMERICANA MANHASSET

FILED
CLERK, U.S. DISTRICT COURT
APR 2 4 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARUSO PROPERTY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIFTH AVENUE OF LONG ISLAND REALTY ASSOCIATES d/b/a AMERICANA MANHASSET, and DOES 1-10; inclusive, <br><br> Defendant. | Case No. CV 06-1082 GPS (AJWx) <br><br> **[PROPOSED] ORDER GRANTING MOTION TO DISMISS** <br><br> Date: April 17, 2006 <br> Time: 1:30 p.m. <br> Place: Hon. George P. Schiavelli <br>        Courtroom 7 |

DOCKETED ON CM
APR 2 6 2006
BY ___ 012

DOCUMENT PREPARED
ON RECYCLED PAPER

25639214 1

The motion of Defendant Fifth Avenue of Long Island Realty Associates d/b/a Americana Manhasset ("Fifth Avenue") to dismiss or, in the alternative, to stay the proceedings came on for hearing before this Court on April 17, 2006, at 1:30 p.m. Appearance of counsel were as noted in the record. Having read and considered the submissions of the parties in connection with the motion, having heard oral argument from counsel for all parties and being otherwise fully advised, and good cause appearing therefore,

IT IS HEREBY ORDERED that Fifth Avenue's motion to dismiss for lack of personal jurisdiction is GRANTED pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

Dated: 4/24, 2006          By _____
                           The Hon. George P. Schiavelli
                           United States District Judge


Respectfully submitted,

Dated: April 19, 2006      **FULBRIGHT & JAWORSKI L.L.P.**

                           By _____
                           John C. Rawls
                           Casandra C. Furey
                           Valyncia R. Simmons

                           Attorneys for Defendant
                           FIFTH AVENUE OF LONG ISLAND
                           REALTY ASSOCIATES d/b/a
                           AMERICANA MANHASSET

25639214 1                 - 1 -

## PROOF OF SERVICE

I, Susan Crippen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On April 20, 2006, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

- [x] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

- [x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- [ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

- [ ] by personally delivering copies of the document(s) listed above to Worldwide Network to be hand delivered to the person(s) at the address(es) set forth below.

    Neil D. Martin, Esq.
    Gretchen D. Stockdale, Esq.
    Hill, Farrer & Burrill LLP
    One California Plaza, 37th Floor
    300 South Grand Avenue
    Los Angeles, CA 90071
    Fax: (213) 624-4840

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service

25635725.11

- 1 -

Case 2:06-cv-01082-GPS-AJW   Document 18   Filed 04/24/06   Page 4 of 4   Page ID #:6

is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 20, 2006, at Los Angeles, California.

*Susan Crippen*
Susan Crippen

25635725.11

- 2 -

Document Prepared on Recycled Paper